## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TONY DUPLICHAN, | ) |
| | ) |
| Plaintiff, | ) Civil Action No.: 2:17-cv-603 |
| | ) |
| v. | ) Judge: Unassigned |
| | ) |
| FIRST NATIONAL COLLECTION BUREAU, INC., | ) Magistrate Judge: Kathleen Kay |
| | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Tony Duplichan, ("Plaintiff"), through his attorney, Scott, Vicknair, Hair & Checki, LLC, informs this Honorable Court that Plaintiff voluntarily dismisses this case, with prejudice, and with both sides to bear their own costs. Dismissal is appropriate pursuant to Fed. R. Civ. P. 41 because the defendant never filed responsive pleadings or a motion for summary judgment.

Dated: August 14, 2017                     Respectfully submitted,

 

*/s/ Samuel J. Ford*
Samuel J. Ford, Esq. (#36081)
Scott, Vicknair, Hair & Checki, LLC
909 Poydras St., Ste. 1100
New Orleans, LA 70112
ford@svhclaw.com
Phone: (504) 684-5200
Fax: (504) 613-6351
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On August 14, 2017, I electronically filed this Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I electronically mailed a copy of the filed Notice of Voluntary Dismissal to Defendant through its representative, Issa Moe (issa.moe@fncbinc.com).

                                        */s/ Samuel J. Ford*
                                      Samuel J. Ford, Esq. (#36081)